## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRESBYTERIAN HEALTHCARE SERVICES,<br>The Cooper Center<br>9521 San Mateo Blvd. NE<br>Albuquerque, NM 87113,<br><br>              *Plaintiff*,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>200 Independence Avenue, SW,<br>Washington, DC 20201,<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue SW<br>Washington, DC 20201,<br><br>HEALTH RESOURCES & SERVICES ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857,<br><br>*and*<br><br>CAROLE JOHNSON, in her official capacity as Administrator of the Health Resources & Services Administration,<br>5600 Fishers Lane<br>Rockville, MD 20857,<br><br>              *Defendants*. | Case No. 1:24-CV-00034 |

## **ENTRY OF APPEARANCE**

COMES NOW Madison, Mroz, Steinman, Kenny & Olexy, P.A. (Rebecca S. Kenny) and hereby enters its appearance on behalf of Presbyterian Healthcare Services, in the above-entitled cause of action. Copies of all pleadings, Orders and any other documents filed or transmitted in this case should be served on counsel for Presbyterian Healthcare Services.

                                                                                   Respectfully submitted,

Dated:  January 12, 2024                             **MADISON, MROZ, STEINMAN,**
                                                                                    **KENNY & OLEXY, P.A.**


                                                                              By: */s/ Rebecca S. Kenny*
                                                                                   Rebecca S. Kenny
                                                                                   P.O. Box 25467
                                                                                   Albuquerque, NM 87125
                                                                                   (505) 242-2177
                                                                                   rsk@madisonlaw.com

                                                                                   *Attorneys for Plaintiff Presbyterian Healthcare Services*

     I hereby certify that on the 12th day of January 2024, a true copy of the foregoing was electronically filed through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                        */s/ Rebecca S. Kenny*
                                                        Madison, Mroz, Steinman, Kenny & Olexy, P.A.