IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRESBYTERIAN HEALTHCARE SERVICES,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, HEALTH RESOURCES & SERVICES ADMINISTRATION, and CAROLE JOHNSON, in her official capacity as Administrator of Health Resources & Services Administration,<br><br>    *Defendants.* | Civil Action No. 1:24-cv-00034-DLM-LF |

## NOTICE OF GOOD STANDING

    I certify pursuant to Local Rule 83.3 that Brian R. Stimson is admitted to practice law in and is an attorney in good standing in the below:

| State Bar | Admission Date | Bar # |
|---|---|---|
| Georgia | November 13, 2002 | 588566 |
| D.C. | July 30, 2020 | 1657563 |

                                                                        Respectfully submitted,

Dated:  January 16, 2024                           **MADISON, MROZ, STEINMAN, KENNY & OLEXY, P.A.**

                                                                        By: */s/ Rebecca S. Kenny*
                                                                           Rebecca S. Kenny
                                                                           P.O. Box 25467
                                                                           Albuquerque, NM 87125
                                                                           (505) 242-2177
                                                                           rsk@madisonlaw.com
                                                                           *Attorneys for Plaintiff Presbyterian Healthcare Services*

I hereby certify that on the 16th day of January 2024, a true copy of the foregoing was electronically filed through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Rebecca S. Kenny

Madison, Mroz, Steinman, Kenny & Olexy, P.A.