IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRESBYTERIAN HEALTHCARE SERVICES,<br><br>   *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, HEALTH RESOURCES & SERVICES ADMINISTRATION, and CAROLE JOHNSON, in her official capacity as Administrator of Health Resources & Services Administration,<br><br>   *Defendants.* | Civil Action No. 1:24-cv-00034-DLM-LF |

## ENTRY OF APPEARANCE OF ATTORNEY FOR PLAINTIFF PRESBYTERIAN HEALTHCARE SERVICES

COMES NOW, Brian R. Stimson of the law firm Arnall Golden Gregory LLP and enters his appearance as additional counsel of record on behalf of Presbyterian Healthcare Services, joining Rebecca S. Kenny, in this action.

This the 16th day of January 2024.

            Respectfully submitted,

            ARNALL GOLDEN GREGORY LLP

            /s/ Brian R. Stimson
            Brian R. Stimson
            D.C. Bar No. 1657563
            2100 Pennsylvania Ave., NW Suite 350S
            Washington, DC 20037
            (202) 677-4948
            brian.stimson@agg.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRESBYTERIAN HEALTHCARE SERVICES,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, HEALTH RESOURCES & SERVICES ADMINISTRATION, and CAROLE JOHNSON, in her official capacity as Administrator of Health Resources & Services Administration,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00034-DLM-LF |

## **CERTIFICATE OF SERVICE**

The attorney whose signature appears below certifies that a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system, which caused all parties and counsel to be served by electronic means.

This the 16th day of January 2024.

                                              Respectfully submitted,

                                              ARNALL GOLDEN GREGORY LLP

                                              /s/ Brian R. Stimson
                                              Brian R. Stimson
                                              D.C. Bar No. 1657563
                                              2100 Pennsylvania Ave., NW Suite 350S
                                              Washington, DC 20037
                                              (202) 677-4948
                                              brian.stimson@agg.com