IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRESBYTERIAN HEALTHCARE
SERVICES,

      Plaintiff,

      vs.                                                               No. 1:24-cv-00034-KWR-LF

U.S.DEPARTMENT OF HEALTH AND
HUMAN SERVICES;
XAVIER BECERRA, in his official
capacity as Secretary of Health and
Human Services;
HEALTH RESOURCES & SERVICES
ADMINISTRATION; and
CAROLE JOHNSON, in her official
capacity as Administrator of the Health
Resources & Services Administration,

      Defendants.

## **NOTICE APPEARANCE**

Benjamin G. Minegar, Assistant United States Attorney for the District of New Mexico, hereby enters appearance on behalf of all Defendants in the above-captioned cause of action.

                                                                  Respectfully submitted,

                                                                   ALEXANDER M.M. UBALLEZ
                                                                   United States Attorney

                                                                   */s/ Benjamin G. Minegar 1/19/24*
                                                                  BENJAMIN G. MINEGAR
                                                                  Assistant United States Attorney
                                                                 P.O. Box 607
                                                                Albuquerque, New Mexico 87103
                                                                (505) 224-1469; Fax (505) 346-7205
                                                                Benjamin.Minegar@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 19, 2024, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                            */s/ Benjamin G. Minegar*
                                            BENJAMIN MINEGAR
                                            Assistant United States Attorney